# UNITED STATES DISTRICT COURT
### District of Kansas
### (Topeka Docket)

**UNITED STATES OF AMERICA,**

      Plaintiff,

      v.                      CASE NO.: 23-40008-HLT

**WILLIAM KEVON ELMORE, JR.,**

      Defendant.

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

**Possession of a Firearm by a Prohibited Person**
**[18 U.S.C. § 922(g)(1)]**

That on or about December 6, 2022, in the District of Kansas, the defendant,

**WILLIAM KEVON ELMORE, JR.,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, Murder in the Second Degree, in violation of Kan. Stat. Anno. § 21-3402(b), in the case of *State of Kansas v. William Kevon Elmore, Jr.,* Shawnee County Kansas,

1

District Court Case No. 10CR002416, knowingly possessed in and affecting interstate commerce the following firearm:

Taurus
Model G3
9mm Caliber Pistol
Serial No. ACM643317

said firearm having been shipped and transported in interstate and foreign commerce; and the defendant possessed the firearm knowing that his prior crime of conviction was punishable by imprisonment for a term exceeding one year.

All in violation of Title 18, United States Code, Section 922(g)(1), with reference to Title 18, United States Code, Section 924(a)(8).

## NOTICE OF FORFEITURE

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense set forth in Count One of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all ammunition, and firearms involved in the commission of the respective offense, including, but not limited to:

   **A**. Taurus, Model G3, 9mm Caliber Pistol, Serial No. ACM643317.

   **B**. All attendant ammunition.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

| | |
|---|---|
| February 6, 2023 | s/Foreperson |
| DATE | FOREPERSON OF THE GRAND JURY |

DUSTON J. SLINKARD
UNITED STATES ATTORNEY

By: /s/ *Jared S. Maag*

JARED S. MAAG
Assistant United States Attorney
District of Kansas
444 Quincy St., Suite 290
Topeka, Kansas 66683
Ph: (785) 295-2850
Fax: (785) 295-2853
Email: jared.maag@usdoj.gov
Ks. S. Ct. No. 17222

---

IT IS REQUESTED THAT THE TRIAL BE HELD IN TOPEKA, KANSAS

# PENALTIES

## COUNT ONE

**Possession of a Firearm by a Prohibited Person**
**[18 U.S.C. § 922(g)(1)]**

- A term of imprisonment not to exceed fifteen (15) years.
  18 U.S.C. § 924(a)(8).

- A fine not to exceed $250,000.00
  18 U.S.C. § 3571(b)(3).

- A term of supervised release not to exceed five (5) years.
  18 U.S.C. § 3583(b)(1).

- A mandatory special assessment of $100.00 per count of conviction.
  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.