**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE**

| UNITED STATES OF AMERICA, | Case No: 5:23-cr-40008-HLT |
|---|---|
| Plaintiff, | AUSA: Jared Maag |
| | Defendant: Nick David, CJA |

v.

**WILLIAM KEVON ELMORE, JR.,**
        Defendant.

| JUDGE: | Judge Rachel E. Schwartz | DATE: | May 15, 2023 |
|---|---|---|---|
| DEPUTY CLERK: | Dorothy Kliem | TAPE/REPORTER: | FTR Network @ 1:42 p.m. |
| INTERPRETER: | _____ | PROBATION: | Mitchell Shivers |

## PROCEEDINGS

☒ **Initial Appearance – 2 min.**  ☐ Initial Revocation Hearing – min.  ☐ Bond Hearing – min.
☒ **Arraignment – 3 min.**  ☐ Initial Rule 5(c)(3) – min.  ☐ Bond Revocation Hearing – min.
☐ Detention Hearing – min.  ☐ Preliminary Hearing – min.  ☐ In-Court Hearing – min.

☒ **Constitutional Rights Explained**
☒ **Charges and penalties explained to defendant**   ☒ **Felony**   ☐ Misdemeanor
☒ **Advised of Due Process Protections Act**
☒ **Waived Reading of:**   ☐ Read to Defendant:
    ☒ **Indictment**
    ☐ Information
    ☐ Complaint
    ☒ **Counts: 1**
☐ Guilty        ☒ **Not Guilty**
☐ Bond Revoked    ☐ Continued on present conditions    ☐ Release Order executed    ☒ **Remanded to Custody**

☒ **Oral motion by Government for detention of defendant.**
☐ Detention ordered – Oral motion GRANTED.
☐ Oral motion by Defendant for Preliminary Revocation Hearing. Oral motion GRANTED.
☒ **Oral motion by Defendant to continue Detention Hearing. The court grants the continuance.**
☒ **Case Management Order will be issued by Magistrate Judge Schwartz.**
☒ **Status Conference: June 13, 2023, at 9;00 a.m. before Judge Teeter in Topeka Courtroom 403.**
☒ **Defendant's next appearance: Detention Hearing on May 18, 2023, at 1:30 p.m. before Judge Schwartz in Topeka Courtroom 404.**

OTHER:  Defendant appears in person, in custody and with counsel Nick David. Government moves for detention. Defendant requests a continuance of the hearing. The court grants the continuance. Defendant is remanded to the custody of the U.S. Marshal Service.